**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **MELVIN HARRINGTON,** | : | Case No. 15-50895 |
| | **CHERIESE HARRINGTON,** | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge C. Kathryn Preston |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now come Debtors MELVIN HARRINGTON and CHERIESE HARRINGTON by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtors:

MELVIN HARRINGTON & CHERIESE HARRINGTON
862 Danwood Drive
Columbus, Ohio 43228

Respectfully submitted,

Dated: 06 July 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com